## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 20-03444-MEMF-(PVCx) | Date | September 15, 2022 |
|---|---|---|---|
| Title | Skye Orthobiologics, LLC., et al. v. CTM Biomedical, LLC., et al. | | |

PRESENT: Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

Kelly Davis
Courtroom Deputy Clerk

Chia Mei
Court Reporter

Attorneys Present for Plaintiff:
Ryan Saba

Attorneys Present for Defendant:
Arash Beral
Carlos Nevarez

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

Case called. Court and counsel confer re: the Motion for Review of Magistrate Judge's Order re Order on Motion to Compel [157] filed by Defendant Nathan Boulais [160].   The Court takes the matter under submission.   A separate Court order shall issue.

:   28

Initials of Deputy Clerk          kd