Paul T. Martin (SBN 155367)
  pmartin@hgla.com
Thomas H. Case (SBN 116660)
  tcase@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Telephone: (310) 305-2100
Facsimile: (310) 305-2116

Robert J. Fluskey, Jr. *(pro hac vice)*
  rfluskey@hodgsonruss.com
Ryan K. Cummings *(pro hac vice)*
  rcumming@hodgsonruss.com
Matthew K. Parker *(pro hac vice)*
  mparker@hodgsonruss.com
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 856-4000
Facsimile: (716) 849-0349

Attorneys for Defendants
CTM Biomedical, LLC, Bryan Banman,
CTM Medical, Inc., and Pablo Seoane

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC, a Delaware Limited Liability Company, HUMAN REGENERATIVE TECHNOLOGIES, LLC, a Delaware Limited Liability Company,<br>                              Plaintiffs.<br><br>vs.<br><br>CTM BIOMEDICAL, LLC, a Delaware Limited Corporation; BRYAN BANMAN, an individual; CTM MEDICAL INC., a Delaware Corporation; VETERANS MEDICAL DISTRIBUTORS, INC.; a Florida Corporation; GARDNER ROGERS, an individual; MIKE STUMPE, an individual; PABLO SEOANE aka PAUL SEOANE, an individual; NATHAN BOULAIS, an individual; and DOES 3 through 10. inclusive.<br>                              Defendants. | Civil Case No. 2:20-cv-03444-MEMF (PVCx)<br><br>**BRYAN BANMAN'S NOTICE OF MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION**<br><br>Date:         October 5, 2023<br>Time:        10:00 a.m.<br>Courtroom: 8B |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 5, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8B located at 350 West First Street Los Angeles, CA 90012, Defendant Bryan Banman will move this Court for an Order clarifying the Court's ruling in its Order Granting in Part Motion for Summary Judgment (ECF No. 248) (the "Summary Judgment Order") concerning Counts 4 and 5 in Plaintiffs' Fourth Amended Complaint or, in the alternative, for partial reconsideration of the Summary Judgment Order with respect to Counts 4 and 5.

This motion is based upon the accompanying Memorandum of Points and Authorities and the documents on the Court's docket submitted with Defendants' Motion for Summary Judgment. ECF No. 211.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 5, 2023.

Dated:  June 8, 2023

**HODGSON RUSS LLP**
*Attorneys for Defendants*
*CTM Biomedical, LLC, Bryan Banman,*
*CTM Medical, Inc., and Pablo Seoane*

By: <u>s/Robert J. Fluskey, Jr.</u>
Robert J. Fluskey, Jr. *(pro hac vice)*
Ryan K. Cummings *(pro hac vice)*
Matthew K. Parker *(pro hac vice)*
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
rfluskey@hodgsonruss.com
rcumming@hodgsonruss.com
mparker@hodgsonruss.com

|   |   |
|---|---|
| 1 | Paul T. Martin (SBN 155367) |
| 2 | *pmartin@hgla.com* |
|   | Thomas H. Case (SBN 116660) |
| 3 | *tcase@hgla.com* |
| 4 | HENNELLY & GROSSFELD LLP |
|   | 10900 Wilshire Blvd., Suite 400 |
| 5 | Los Angeles, CA 90024 |
| 6 | Telephone:  (310) 305-2100 |
|   | Facsimile:   (310) 305-2116 |

16559435v1

3