**ROSEN ✧ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
TODD M. LANDER, ESQ. (State Bar No. 173031)
tlander@rosensaba.com
LAURA KELLY St. MARTIN (State Bar No. 260966)
lstmartin@rosensaba.com
NEDA FARAH, ESQ. (State Bar No. 269819)
nfarah@rosensaba.com
El Segundo, California 90245
Telephone:   (310) 285-1727
Facsimile:    (310) 285-1728
Attorneys for Plaintiffs,
SKYE ORTHOBIOLOGICS, LLC and
HUMAN REGENERATIVE TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC, a Delaware Limited Liability Company, HUMAN REGENERATIVE TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> CTM BIOMEDICAL, LLC, a Delaware Limited Liability Corporation; BRYAN BANMAN, an individual; CTM MEDICAL, INC., a Delaware Corporation; VETERANS MEDICAL DISTRIBUTORS, INC.; a Florida Corporation; GARDNER ROGERS, an individual; MIKE STUMPE, an individual; PABLO SEOANE aka PAUL SEOANE, an individual; NATHAN BOULAIS, an individual, and DOES 3 through 10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-03444-MEMF-PVC <br> *Hon. Maame Ewusi-Mensah Frimpong* <br><br> **DECLARATION OF RYAN D. SABA IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE AREAS OF TESTIMONY FROM REBUTTAL EXPERT JAMES DONOHUE** <br><br> Final Pretrial Conference <br> Date:   August 2, 2023 <br> Time:   9:00 am <br> Dept:   8B <br><br> Trial Date:   August 21, 2023 |

# DECLARATION OF RYAN D. SABA

1. I am an attorney duly admitted to practice law in the State of California and in the United States District Court for the Central District of California. I am a partner of the law firm of Rosen Saba LLP, attorneys of record for Plaintiffs Skye Orthobiologics, LLC ("Skye") and Human Regenerative Technologies, LLC ("HRT") (collectively "Plaintiffs") in this action. I have personal knowledge regarding the facts set forth in this Declaration and if called as a witness, I would and could competently testify thereto.

2. Pursuant to United States District Court for the Central District of California Local Rules, Rule 7-3, I met and conferred with opposing counsel with opposing counsel regarding the subject of this Motion *in limine* on June 21, 2023 via telephonic conference prior to filing.

3. Counsel did not agree to stipulate that such matter will not be mentioned at the time of trial.

4. On February 1, 2023, I took the Deposition of Defense rebuttal expert James Donohue. Attached hereto as **Exhibit A** are true and correct copies of the relevant portions of his deposition transcript.

5. Attached hereto as **Exhibit B** are true and correct copies of the relevant pages from the Rebuttal Expert Report of James J. Donohue.

I declare under the penalty of perjury in the United States of America on the date written below that the foregoing is true and correct.

Dated: June 28, 2023  
/s/ Ryan D. Saba
Ryan D. Saba