# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3   SKYE ORTHOBIOLOGICS,LLC, a        )
     Delaware Limited Liability        )
 4   Company, HUMAN REGENERATIVE       )
     TECHNOLOGIES, LLC, a Delaware     )
 5   Limited Liability Company,        )
                                       )
 6              Plaintiff,             )
                                       )
 7        vs.                          ) Case No. 2:20-cv-03444-
                                       ) MEMF-PVC
 8                                     )
     CTM BIOMEDICAL, LLC, a Delaware   )
 9   Limited Liability Corporation;   )
     BRYAN BANMAN, an individual; CTM  )
10   MEDICAL, INC., a Delaware         )
     Corporation; VETERANS MEDICAL     )
11   DISTRIBUTORS, INC., a Florida     )
     Corporation; GARDNER ROGERS, an   )
12   individual; MIKE STUMPE, an       )
     individual; PABLO SEOANE aka PAUL )
13   SEOANE, an individual; NATHAN     )
     BOULAIS, an individual, and DOES 3)
14   through 10, inclusive,            )
                                       )
15              Defendants.            )
     _____)
16

17              * HIGHLY CONFIDENTIAL *

18              * ATTORNEYS' EYES ONLY *

19         VIDEOTAPED REMOTE DEPOSITION OF

20                  JAMES DONOHUE

21      WEDNESDAY, FEBRUARY 1, 2023, 9:01 A.M.

22

23   Reported by:
     TRACY SATO
24   CSR No. 13013, RPR

25   Job No.: 264713
```

                                                                1

HIGHLY CONFIDENTIAL

James Donohue February 1, 2023

|   |   |   |
|---|---|---|
| 1 | that topic came up in conversations about the | 09:49 |
| 2 | industry and the history of it and things like that. | |
| 3 |   Q. Did you do any generic research at the | |
| 4 | outset to teach yourself about different parts of | |
| 5 | the placenta -- how the industry works of just | 09:49 |
| 6 | creating human allografts or connective tissue | |
| 7 | matrix products? | |
| 8 |   A. Yes.  I looked at the industry research | |
| 9 | that I've cited here.  There's certain filings. | |
| 10 | There's a report that was done by -- by Mr. Forsell. | 09:49 |
| 11 | Some of the production that's -- that's in the case | |
| 12 | talks in general about industry and how it works and | |
| 13 | what they do.  The product inserts, the product | |
| 14 | marketing brochures, things like that would all fall | |
| 15 | in that category. | 09:50 |
| 16 |   Q. Right.  You'll agree with me, just | |
| 17 | generally, that you're not going to testify about | |
| 18 | any liability aspects in this particular case, just | |
| 19 | damages, right? | |
| 20 |   A. Yeah.  I'm -- I'm not a liability or | 09:50 |
| 21 | technical expert.  I've certainly relied on that | |
| 22 | technical expertise in my report, but I'm not -- I'm | |
| 23 | not a technical expert on placentas or anything like | |
| 24 | that. | |
| 25 |   Q. You're not going to opine about the | 09:50 |

| | | |
|---|---|---|
| 1 | applicability or valid- -- validity of any patents, | 09:50 |
| 2 | correct? | |
| 3 |     A.   No, that would be outside my expertise | |
| 4 | about whether or not a patent is valid. | |
| 5 |     Q.   And you're not going to testify about | 09:50 |
| 6 | whether a -- certain trade secrets were stolen or | |
| 7 | misappropriated or improperly used or not, correct? | |
| 8 |     A.   I -- I am not going to talk about the | |
| 9 | facts that happened, that -- that's for the | |
| 10 | witnesses.  I can't opine on whether or not a | 09:51 |
| 11 | certain fact happened or didn't happen.  And the | |
| 12 | jury and the judge will make decisions about that. | |
| 13 |     I'll talk about the value of those things | |
| 14 | and what that means from an economic and accounting | |
| 15 | and finance sense, just to be clear.  But I'm not a | 09:51 |
| 16 | fact witness in this case. | |
| 17 |     Q.   Very well. | |
| 18 |     Other than Henry Kahrs' expert report in | |
| 19 | this particular case, have you reviewed any other | |
| 20 | reports or documents authored by Henry Kahrs? | 09:51 |
| 21 |     A.   For completeness, I assume that includes | |
| 22 | the Kahrs supplement that I received in January | |
| 23 | and -- and it includes his notes that were provided. | |
| 24 | There's a schedule that was provided later.  I don't | |
| 25 | recall coming across Mr. Kahrs in the past.  I guess | 09:52 |

```
 1    clear, you're after the "Legal Filings" section; is        09:53
 2    that where you are?
 3         Q.   Yeah.  I'm about to get to company
 4    filings, that's really where I'm -- all right.  So
 5    let's look at "Company Filings."                           09:53
 6              I -- you went to various companies that
 7    are publicly traded and printed some either
 8    financial year-end documents or form 8Ks, either
 9    10Ks or 8Ks or annual reports.
10              My question is, how did you select which        09:54
11    company websites to go to?
12         A.   Basically, as I was researching the
13    industry and looking at competitors in the industry
14    or responding to something Mr. Kahrs had commented
15    on.  So that would be two ways.                            09:54
16              And -- and, of course, one competitor
17    might mention another and then I would continue and
18    pull another but that's generally how these are
19    here.  But a number of them are because Mr. Kahrs
20    mentioned them so we went to research what they           09:54
21    were.
22         Q.   And you're not going to opine that any
23    products made by any other third-party company are
24    the same or different than the products that are at
25    issue in this particular case; is that right?             09:54
```

James Donohue                          HIGHLY CONFIDENTIAL                    February 1, 2023

| | | |
|---|---|---|
| 1 | A. Well, from a -- from a technical point of | 09:54 |
| 2 | view, a technical expert would do that. But I | |
| 3 | think, from a market and just knowing what else is | |
| 4 | out there, I -- I already have made mention of the | |
| 5 | highly competitive nature of this market and I | 09:55 |
| 6 | mentioned several. So I have looked at them and saw | |
| 7 | other placental tissue that are competing. So I can | |
| 8 | do it from that sense -- a market and accounting | |
| 9 | sense and finance sense. | |
| 10 | But -- but technically, you are correct | 09:55 |
| 11 | there. I'm not going to look at the technical | |
| 12 | capabilities of one product versus from another. | |
| 13 | That's for a technical expert. | |
| 14 | Q. And I then go down to "Research and | |
| 15 | Publication." And I see a "Center for Financial | 09:55 |
| 16 | Research And Analysis." | |
| 17 | Do you see that? | |
| 18 | A. Yes. | |
| 19 | Q. "Quantitative Stock Report MiMedX." | |
| 20 | A. Yes. | 09:55 |
| 21 | Q. Do you know if that was produced? | |
| 22 | A. I believe it was. I -- I would have to | |
| 23 | double-check and identify it for you. But I -- I | |
| 24 | understand we endeavored to produce public | |
| 25 | information and things that we pulled and listed | 09:56 |

46

James Donohue                         HIGHLY CONFIDENTIAL                        February 1, 2023

```
 1    lawyer, right?                                              10:51
 2         A.    Correct.
 3         Q.    Is it your intention to provide testimony
 4    at the time of trial as to the analysis of the rep
 5    agreements and whether or not they contain the legal   10:52
 6    terms of exclusivity and when they terminate?
 7         A.    I will not be providing legal -- legal
 8    opinions at the trial.  This was my understanding of
 9    the agreements and the -- the terms and the
10    exclusivity periods provided.  There -- there may be  10:52
11    legal issues that will be addressed.  But I'm not
12    providing legal opinions analysis.
13         Q.    Well, let's -- let's just look at the
14    first line again, just so I understand.  The first
15    line is "BJ Benik."  What you're looking at here is   10:52
16    an effective date of 3/1/2020, right?
17         A.    Correct.
18         Q.    So you looked at the contract and made a
19    decision that was when the effective date of that
20    contract is, correct?                                  10:52
21         A.    Based on the contract, yes.
22         Q.    Based on the contract.
23               Now, did you see BJ Benik's amendment to
24    that contract that he signed in 2022?
25         A.    I believe I did.                            10:52
```

                                                                    77

```
 1        A.    Correct.                                      11:04
 2        Q.    All right.
 3        A.    Right in the middle of the page.  Right in
 4   the middle.
 5        Q.    Got it.                                       11:04
 6        A.    Then that same profit number now is --
 7   I've -- I've adjusted that profit number two ways.
 8   Expressed it here two different ways.
 9              One, if you remove the Canadian
10   compensation that we looked at earlier this morning.    11:04
11   If you remove that, that margin would be lower.
12   More expenses, lower margin.
13        Q.    Where -- where do you show that?
14        A.    First, I show it in -- you could probably
15   look at it in line 6.  If you look at line 6, you       11:04
16   come down the page on the left.  I say "CTM Adjusted
17   Margin Including Total CTM Canada Comp."  And I have
18   a percentage.
19        Q.    Okay.
20        A.    And it's --                                   11:05
21        Q.    Why -- walk me through the analysis, why
22   you're even evaluating the Canadian comp versus the
23   non-Canadian.
24        A.    I'm looking at the -- the expenses
25   necessary to generate those revenues.                    11:05
```

                                                                86

HIGHLY CONFIDENTIAL

James Donohue                                                    February 1, 2023

| | | |
|---|---|---|
| 1 | and for another scenario, for only the non-Banman | 11:28 |
| 2 | compensation. | |
| 3 | And you can see that those profit margins | |
| 4 | that are underneath those four area -- those three | |
| 5 | sections, those match the profit margins we were | 11:28 |
| 6 | using earlier for the unjust enrichment calculation. | |
| 7 | Q.  Okay.  I understand that.  Perfect. | |
| 8 | Do you recall anything else that | |
| 9 | Mr. Banman told you during any of your telephone | |
| 10 | conversations with him that you have not already | 11:29 |
| 11 | conveyed to me? | |
| 12 | A.  Yes, there -- there -- I don't -- we | |
| 13 | talked in general about some of those things but I | |
| 14 | recall details about those conversations that we | |
| 15 | haven't discussed. | 11:29 |
| 16 | Q.  Please tell me everything you recall that | |
| 17 | Bryan Banman told you during any of the | |
| 18 | conversations? | |
| 19 | A.  Well, for one, we -- working -- working | |
| 20 | backwards, we talked about the Canadian entity and | 11:29 |
| 21 | he explained that that is supporting sales.  And was | |
| 22 | part of the organization and there was cost in that | |
| 23 | entity and those documents support the employee part | |
| 24 | of those costs.  He felt those were others, but the | |
| 25 | documents I received focused on the employment cost. | 11:30 |

99

```
 1    So that was one example that --                          11:30
 2         Q.   Did he explain to you why he would give
 3    you these tax documents rather than just giving you
 4    the P&Ls for the Canadian numbered company?
 5         A.   He wanted to identify expenses that he         11:30
 6    felt were related to the company and that's what he
 7    gave me.  He didn't -- he didn't tell me why he
 8    didn't give me other things.  He -- I asked for what
 9    expenses are supporting the operations, what
10    expenses are supporting those sales.  And -- and       11:30
11    he -- and he focused on the employment.  He's, like,
12    "There's employees."  He said, There's also some
13    office expense as well that's up there.  But I
14    didn't -- I didn't get invoices or things like that
15    for the office.                                         11:30
16         Q.   Okay.  Go ahead.  What else did you guys
17    discuss?
18         A.   We also discussed 2022's revenue.  I think
19    we did -- we did touch on this.  But I remember
20    asking him and I remember him telling me the           11:31
21    28 million.  I remember him talking about a
22    projection that was in the record, that's also
23    28 million.
24              I remember him talking about products,
25    other products in the market.  Other competitors.      11:31
```

                                                                      100