# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC and HUMAN REGENERATIVE TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CTM BIOMEDICAL, LLC; BRYAN BANMAN; CTM MEDICAL, INC.; VETERANS MEDICAL DISTRIBUTORS, INC.; GARDNER ROGERS; MIKE STUMPE; PABLO SEOANE aka PAUL SEOANE; NATHAN BOULAIS, and DOES 3 through 10,<br><br>Defendants. | Case No. 2:20-cv-03444-MEMF-PVCx |

**Rebuttal Expert Report of James J. Donohue**

**HIGHLY CONFIDENTIAL**

**November 16, 2022**

Case 2:20-cv-03444-MEMF-PVC     Document 270-4     Filed 06/28/23     Page 3 of 5     Page ID #:11822

Rebuttal Expert Report of James J. Donohue – November 16, 2022
Skye Orthobiologics, LLC, et al. v. CTM Biomedical, LLC, et al.

and speculative given the trade secrets' limited value and CTM's and other competitors' ability to legitimately enter the market and compete. As discussed below, the alleged trade secrets lack the ability to prevent competition and therefore provide limited value. The alleged trade secrets would not have prevented CTM and others from competing with Skye. For example, limiting the damage period to properly recognize that the alleged actions may have at best only somewhat accelerated CTM's market entry would significantly reduce the Kahrs Report damages claim.

- The Kahrs Report improperly assumes that CTM's Management Fee Expense represents 100% profit, resulting in an overstated claimed profit margin for his unjust enrichment calculation. This expense largely represents compensation for the CTM Canada entity, which I understand supports the CTM sales that the Kahrs Report claims as unjust enrichment. Adjusting the Kahrs Report to include CTM Canada compensation as an expense, rather than profit, would reduce both the past and projected future portions of his unjust enrichment claim. For example, only applying this adjusted margin would reduce the Kahrs Report's $171.8 million CTM unjust enrichment claim for the 2018 through 2031 period, including past and discounted projected future profit, by over $40 million.[9]

- By including a speculative 10-year future projection in the damage period, the Kahrs Report inflates claimed sales from approximately $26 million in actual sales through 2021 to more than $900 million in estimated future sales through 2031.[10] The inclusion of 10 years of future speculative sales through 2031 further compounds these various flaws and results in a materially inflated damage calculation. For example, this 10-year projection period – which was

---

[9] Removing Mr. Banman's compensation from this adjusted margin would reduce the Kahrs Report's $171.8 million CTM unjust enrichment claim for the 2018 through 2031 period, including past and discounted projected future profit, by over $15 million.
[10] The Kahrs Report acknowledges that the Plaintiffs have requested an injunction which, if ordered, would reduce this future calculation. See Kahrs Report, pp. 32-33.

Rebuttal Expert Report of James J. Donohue – November 16, 2022
Skye Orthobiologics, LLC, et al. v. CTM Biomedical, LLC, et al.

to treat severe wounds or chronic wounds that cannot be treated with standard treatments such as bandages, gauzes, and ointments.[127]

47. The human placental tissue market is highly competitive and consists of a large number of competitors, including MiMedx Group, Inc ("MiMedx"); Organogenesis Holdings, Inc. ("Organogenesis"); BiodLogics (now Integra Lifesciences Holdings Corporation), Alliqua Biomedical, Inc. (now Celularity, Inc.); Amnio Technology, LLC; VIVEX Biologics, Inc.; Amniox Medical, Inc. (now BioTissue, Inc.); Arthrex, Inc.; Stryker Corporation; Zimmer; Tides Medical Inc.; and AlloSource, Inc.[128] Many of these companies also offer multiple products in multiple forms.[129] For example, MiMedx offers multiple membrane products, including EPIFIX, EPICORD, AMNIOEFFECT, AMNIOFIX, AMNIOCORD, and AMNIOBURN.[130] MiMedx also offers AXIOFILL, which can be applied as either a flowable or a paste.[131]

48. Because of the large number of competitors and products, the human placental tissue market is highly competitive, with competitive advantages stemming from a few key differentiating factors.[132] For example, according to MiMedx company filings, "[d]ue to low barriers of entry … competition in the placenta-based and allograft tissue field is intense and subject to new entrants and evolving market dynamics."[133] MiMedx company filings also indicate that companies in the industry compete based on price, ease of handling, logistics, efficacy, and third-party reimbursement, which is difficult to

---

[127] MiMedx Group, Inc., Form 10-K for the fiscal year ended December 31, 2021, p. 10.
[128] Banman Declaration, ¶ 7; Sharp Deposition, Volume III, pp. 758-759; MiMedx, https://www.mimedx.com/; Oganogenesis, https://organogenesis.com/; Integra Lifesciences Holdings Corporation, Form 10-K for the fiscal year ended December 31, 2017, p. 7; "Alliqua Biomedical, Inc. Announces Definitive Asset Purchase Agreement with Celularity, Inc.," GlobeNewswire, https://www.globenewswire.com/news-release/2018/01/05/1284389/0/en/Alliqua-BioMedical-Inc-Announces-Definitive-Asset-Purchase-Agreement-with-Celularity-Inc.html; Amnio Technology, https://www.amniotechnology.com/; VIVEX Biologics, https://vivex.com/; BioTissue, https://biotissue.com/; Arthrex, https://www.arthrex.com/; "ViaFlow," Stryker, https://www.stryker.com/us/en/foot-and-ankle/products/viaflow.html; "AmnioRepair Allograft," Zimmer Biomet, https://www.zimmerbiomet.com/en/products-and-solutions/specialties/foot-and-ankle/amniorepair-allograft.html; Tides Medical, https://www.tidesmedical.com/; AlloSource, https://allosource.org/.
[129] Sharp Deposition Volume II, Exhibit 87 (SKYE/HRT000372-395 at 372, 379).
[130] MiMedx website (see Products tab), https://www.mimedx.com/.
[131] "AXIOFILL ECM Particulate," MiMedx, https://www.mimedx.com/products/axiofill/.
[132] See, for example, competitors listed in Banman Declaration, Exhibit 1.
[133] MiMedx Group, Inc., Form 10-K for the fiscal year ended December 31, 2021, p. 13.

Case 2:20-cv-03444-MEMF-PVC    Document 270-4    Filed 06/28/23    Page 5 of 5    Page ID #:11824

Rebuttal Expert Report of James J. Donohue – November 16, 2022
Skye Orthobiologics, LLC, et al. v. CTM Biomedical, LLC, et al.

obtain.[134] Similarly, Organogenesis filings indicate that the company operates in a "highly competitive market."[135]

49. Some competitors in the market have also attempted to differentiate their products by filing patents protecting their methods for preparing human placental tissue. For example, on December 3, 2013 MiMedx was issued U.S. Patent 8,597,687 ("the '687 Patent"), titled "Methods for Determining the Orientation of a Tissue Graft."[136] The '687 Patent outlines the process of preparing a membrane product, including "obtaining a placenta from a subject, cleaning the placenta, separating the chorion tissue from the amniotic membrane, mounting a selected layer of either the chorion tissue or the amniotic membrane onto a drying fixture, dehydrating the selected layer on the drying fixture, and cutting the selected layer into a plurality of tissue grafts."[137]

50. Further, on January 13, 2015 BioDlogics was issued U.S. Patent 8,932,805 ("the '805 Patent"), titled "Birth Tissue Material and Method of Preparation."[138] The '805 Patent outlines the process of preparing a flowable particulate product, including "steps of recovering placental tissue components and amniotic fluid … subjecting the placental tissue components to cryopreservation, morselizing the cryopreserved placental tissue components, homogenizing the morselized placental tissue components in a tissue suspension solution to form a tissue suspension, homogenizing the tissue suspension with an amniotic fluid composition to form a bulk tissue product, and cryofreezing the bulk tissue product to form human birth tissue material."[139]

51. The competitiveness of the market is also emphasized by recent acquisitions of competitors. For example, Derma Sciences, Inc. ("Derma Science") acquired BioD, LLC ("BioD"), the owner of BioDLogics, on August 5, 2016.[140] Derma Sciences projected growth from the acquisition, driven by BioD's independent and direct sales

---

[134] MiMedx Group, Inc., Form 10-K for the fiscal year ended December 31, 2021, p. 13.
[135] Organogenesis Holdings Inc., Form 10-K for the fiscal year ended December 31, 2021, p. 30.
[136] U.S. Patent 8,597,687.
[137] U.S. Patent 8,597,687.
[138] U.S. Patent 8,932,805.
[139] U.S. Patent 8,932,805.
[140] Derma Sciences, Inc., Form 8-K filed August 11, 2016.