**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC, a Delaware Limited Liability Company, HUMAN REGENERATIVE TECHNOLOGIES, LLC, a Delaware Limited Liability Company,<br><br>*Plaintiffs*,<br><br>v.<br><br>CTM BIOMEDICAL, LLC, a Delaware Limited Liability Corporation; BRYAN BANMAN, an individual; CTM MEDICAL, INC., a Delaware Corporation; VETERANS MEDICAL DISTRIBUTORS, INC.; a Florida Corporation; GARDNER ROGERS, an individual; MIKE STUMPE, an individual; PABLO SEOANE aka PAUL SEOANE, an individual; NATHAN BOULAIS, an individual, and DOES 3 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:20-cv-03444-MEMF-PVC<br>*Hon. Maame Ewusi-Mensah Frimpong*<br>*Courtroom 8B*<br><br>**ORDER ON PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO RULE 60(B) [ECF NO. 267] AND EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING. [ECF NO. 268]**<br><br>Trial Date: August 21, 2023 |

On June 26, 2023, Plaintiffs Skye Orthobiologics, LLC ("Skye") and Human Regenerative Technologies, LLC ("HRT") (collectively "Plaintiffs"), filed a Motion for Relief pursuant to Rule



60(b). ECF No. 267. Plaintiffs also filed an Ex Parte Application to Shorten Time for Hearing. ECF No. 268.

The Court finds this Motion to be appropriate for resolution without a hearing and therefore DENIES the Ex Parte Application to Shorten Time for Hearing on the Motion as MOOT. ECF No. 268. The Court, having considered the Plaintiffs' Motion, the Declaration of Ryan D. Saba, and exhibits thereto, and finding good cause therefore, hereby GRANTS Plaintiffs' Motion. The Court Orders the following:

1. The Court's January 18, 2023 Order [ECF No. 230] is hereby amended to include the following portions to be redacted:

| Document | Portion |
|---|---|
| ECF No. 211-2, The Joint Statement | • No. 631 (p. 234:9-14, col. 1) [identification of specific trade secret formula]<br><br>• No. 631 (p. 234:8, col. 2, Defendants' Response) [identification of specific trade secret formula]<br><br>• No. 636 (p. 235:22, col. 2, Defendants' Response) (Plaintiffs' Fact is redacted but Defendants' Response is not redacted) [identification of specific trade secret processing step relating to the chorion-based membrane]<br><br>• No. 638 (p. 236:14, col. 2, Defendants' Response) [identification of specific trade secret processing step relating to the chorion-based membrane] |
| ECF No. 211-18, Exhibit 1, the Expert Report of John Lee | • Page 13: Starting after "HRT has always processed the chorion membrane with the" and ending at the end of the sentence. [identification of specific trade secret processing step relating to the chorion-based membrane]<br><br>• Page 13: Starting after "PAS/CTM's SOP specifically instructs that the" and ending before "is to be left intact." [identification of specific trade secret processing step relating to the chorion-based membrane]<br><br>• Page 14: Starting after "The sample that Alamo initially created was scrapped down" and ending at the end of the sentence. [identification of specific trade secret processing step relating to the chorion-based membrane] |

| | |
|---|---|
| | • Page 15: Starting after "Banman had to go back and specifically instruct PAS to maintain" and ending before "which PAS had removed in the sample sent to Banman". [identification of specific trade secret processing step relating to the chorion-based membrane]<br><br>• Page 16-17: Starting after "Section 6.3 through 6.3.1.3" and ending before "The ratios in CTM's flowable connective tissue matrix products are identical to those in HRT's." [identification of specific trade secret formula]<br><br>• |
| ECF No. 211-21, Reply Declaration of Bryan Banman. | Page 14 ¶ 49: Starting after "Alamo had not been instructed to remove any" and ending before "or any other tissue from the chorion membrane." [identification of specific trade secret processing step relating to the chorion-based membrane] |

    2.    ECF No. 211-2 is hereby stricken and replaced with the Redacted version attached as Exhibit B to the Declaration of Ryan D. Saba (ECF No. 267-4).

    3.    ECF No. 211-18 is hereby stricken and replaced with the Redacted version attached as Exhibit C to the Declaration of Ryan D. Saba (ECF No. 267-5).

    4.    ECF No. 211-21 is hereby stricken and replaced with the Redacted version attached as Exhibit D to the Declaration of Ryan D. Saba (ECF No. 267-6).

    IT IS SO ORDERED.

Dated: June 29, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge