**ROSEN ✧ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
LAURA KELLY St. MARTIN (State Bar No. 260966)
lstmartin@rosensaba.com
2301 Rosecrans Avenue, Suite 3180
El Segundo, California 90245
Telephone:  (310) 285-1727
Facsimile:  (310) 285-1728
Attorneys for Plaintiffs,
SKYE ORTHOBIOLOGICS, LLC and
HUMAN REGENERATIVE TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC, a Delaware Limited Liability Company, HUMAN REGENERATIVE TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br> *Plaintiffs*, <br><br> v. <br><br> CTM BIOMEDICAL, LLC, a Delaware Limited Liability Corporation; BRYAN BANMAN, an individual; CTM MEDICAL, INC., a Delaware Corporation; VETERANS MEDICAL DISTRIBUTORS, INC.; a Florida Corporation; GARDNER ROGERS, an individual; MIKE STUMPE, an individual; PABLO SEOANE aka PAUL SEOANE, an individual; NATHAN BOULAIS, an individual, and DOES 3 through 10, inclusive, <br><br> *Defendants*. | Case No.: 2:20-cv-03444-MEMF-PVC <br> *Hon. Maame Ewusi-Mensah Frimpong* <br><br> **PLAINTIFFS' MOTION *IN LIMINE* NO. 5** <br><br> **PLAINTIFFS' NOTICE OF MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE OF DISMISSED CLAIMS AND PARTIES** <br><br> **Final Pretrial Conference** <br> Date:  August 2, 2023 <br> Time:  9:00 a.m. <br> Dept:  8B <br><br> **Trial: August 21, 2023** |



**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on August 2, 2023 at 9:00 a.m., or as soon as thereafter as this matter may be heard, in Courtroom 8B of the above-referenced Court, located at 350 West First Street, Los Angeles, CA, 90012, Plaintiffs Skye Orthobiologics, LLC ("Skye") and Human Regenerative Technologies, LLC ("HRT") (collectively "Plaintiffs"), will and hereby do move for an Order *in limine* excluding any and all evidence, references to evidence, testimony, or argument relating to dismissed parties Gardner Rogers and Veterans Medical Distributors ("VMD"); dismissed claims for conversion against Defendants; dismissed portions of the DTSA claim; and/or any other dismissed parties or claims.

This motion is made on the grounds that any such evidence, argument or testimony is irrelevant to any claim or defense of either party under *Federal Rule of Evidence* 401 and 402, and that the probative value of such irrelevant material is substantially outweighed by the dangers of unfair prejudice, confusing the issues, wasting time, and misleading the jury under *Federal Rule of Evidence* 403.

This evidence would be primarily offered to paint the Plaintiffs in a bad light, as somehow frivolous or unreasonable, to appeal to social or economic prejudices of the jury which could persuade the jury to award damages on an improper basis.

This motion is made following the Local Rule 7-3 meet and confer conference of counsel, which took place on June 21, 2023, and the Court Ordered meet and confer conference of counsel, which took place on June 30, 2023. (Declaration of Ryan D. Saba, ¶¶ 2-3.). Defendants intend to oppose this Motion.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, Declaration of Ryan D. Saba, the pleadings and records on file with the court in this action, and on such other and further argument and evidence as the court may properly receive.

| | | |
|---|---|---|
| DATED: July 3, 2023 | | ROSEN ✦ SABA, LLP |
| | By: | /s Ryan Saba |
| | | Ryan D. Saba, Esq. |
| | | Todd M. Lander, Esq. |
| | | Laura Kelly St. Martin, Esq. |
| | | Neda Farah, Esq. |
| | | Attorneys for Plaintiffs |
| | | SKYE ORTHOBIOLOGICS, LLC and HUMAN REGENERATIVE TECHNOLOGIES, LLC |