**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKYE ORTHOBIOLOGICS, LLC, a Delaware Limited Liability Company, HUMAN REGENERATIVE TECHNOLOGIES, LLC, a Delaware Limited Liability Company,<br><br>*Plaintiffs*,<br><br>v.<br><br>CTM BIOMEDICAL, LLC, a Delaware Limited Liability Corporation; BRYAN BANMAN, an individual; CTM MEDICAL, INC., a Delaware Corporation; VETERANS MEDICAL DISTRIBUTORS, INC.; a Florida Corporation; GARDNER ROGERS, an individual; MIKE STUMPE, an individual; PABLO SEOANE aka PAUL SEOANE, an individual; NATHAN BOULAIS, an individual, and DOES 3 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:20-cv-03444-MEMF-PVC<br>*Hon. Maame Ewusi-Mensah Frimpong*<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date: August 21, 2023 |

1

**JUDGMENT**

This action came for trial on August 21, 2023, before the Court and a duly sworn jury, with the Honorable Maame Ewusi-Mensah Frimpong, District Judge, presiding. Plaintiffs Skye Orthobiologics, LLC and Human Regenerative Technologies, LLC were represented by Ryan D. Saba, James R. Rosen, Todd M. Lander, Laura Kelly St. Martin, Neda Farah, and Allison Owens of Rosen Saba, LLP. Defendants CTM Biomedical, LLC; CTM Medical, Inc.; Bryan Banman, and Pablo Seoane were represented by Robert J. Fluskey, Ryan K. Cummings, and Mathew K. Parker of Hodgson Russ, LLP. Defendant Mike Stumpe was represented by Arash Beral and Saam Takaloo of Blank Rome. Defendant Nathan Boulais was represented by Michael R. Williams and Carlos A. Nevarez of Bienert Katzman Littrell Williams, LLP.

After the trial where the issues were presented to the jury, the jury returned its special verdict finding that (1) Banman breached his contract with HRT; (2) Banman breached his contracts with Skye; (3) Banman breached his fiduciary duties to Skye; and (4) Banman breached his duty of loyalty to Skye.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:**

(1) Plaintiff Skye Orthobiologics, LLC shall recover from Defendant Bryan Banman as follows: $29,195,796 in lost profits and $25,560,000 in punitive damages plus costs and fees, if any, plus interest at the legal rate until paid.

(2) Plaintiff Human Regenerative Technologies shall recover from Defendant Bryan Banman as follows: $7,298,949 plus costs and fees, if any, plus interest at the legal rate of interest from August 30, 2023, until paid.

(3) Plaintiffs shall recover nothing from Defendants CTM Biomedical, LLC; CTM Medical, Inc.; Pablo Seoane; Mike Stumpe and Nathan Boulais.

IT IS SO ORDERED.

Dated: November 1, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge